IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE JANEEN WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | No. 23-cv-1128 |
| | : | |

## ORDER

AND NOW on this 23rd day of May 2024, upon consideration of Plaintiff Jacqueline Janeen Williams's Brief and Statement of Issues in Support of Request for Review (Doc. 12), Defendant's Response (Doc. 15), and Plaintiff's Reply Brief in Support of Request for Judicial Review (Doc. 16), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The final decision of the Commissioner denying Williams benefits prior to January 12, 2022 is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Court's Memorandum Opinion accompanying this Order; and

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE